William WASHINGTON, Plaintiff— Appellant,

v.

MCCORMICK CORRECTIONAL INSTITUTION; Collie Rushton, Warden; C.E. Pratt, Lieutenant; A. Wright, Sgt., Defendants—Appellees.

No. 07–7697.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2008.

Decided: June 11, 2008.

William Washington, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, P.A., Anderson, South Carolina, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying

relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. McCormick Corr. Inst.,* No. 0:07–cv–00026, 2007 WL 3046696 (D.S.C. Oct. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*